IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DEVON LYTRELL EWING,

    Petitioner,　　　　　　　　　　　　JUDGMENT IN A CIVIL CASE

v.　　　　　　　　　　　　　　　　　　　Case No. 18-cv-70-jdp

ANN KREUGER and BRIAN HAYES,

    Respondents.

---

    This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered denying Devon Lytrell Ewing's petition for a writ of habeas corpus under 28 U.S.C. §2254.


/s/　　　　　　　　　　　　　　　　　　　7/16/2018

Peter Oppeneer, Clerk of Court　　　　　　　　　Date